IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA

SABRINA MANNING SMITH                                              PLAINTIFF

VERSUS                                                    CIVIL ACTION NO:

FERGUSON ENTERPRISES, INC.                                        DEFENDANT

COMPLAINT
JURY TRIAL REQUESTED

COMES NOW, the undersigned counsel of record, Jennifer Sekul Harris, on behalf of the Plaintiff, Sabrina Manning Smith, and would show unto this Honorable Court the following to wit:

I.

That the Plaintiff is an adult resident citizen of Jackson County, Mississippi, and as been for more than six months preceding the filing of this Complaint.

II.

That the Defendant, Ferguson Enterprises, Inc., is a Virginia Corporation who may be served with process through its registered agent for service of process: Corporation Service Company, Bank of American Center, 16th Floor, Richmond, VA 23219.

III.

That this Honorable Court has jurisdiction and venue over these proceedings as the alleged violations occurring under the Family and Medical Leave Act of 1993, as amended 29 U.S.C. §2601, *et seq*. occurred during the period of time that the Plaintiff was an employee of Ferguson Enterprises, Inc., working at the Mobile, Alabama location (Wolseley).

IV.

That toward the end of 2018, the Plaintiff's mother was diagnosed with cancer. The Plaintiff requested and was approved for intermittent leave pursuant to the Family and Medical Leave Act of 1993, as amended 29 U.S.C. §2601, *et seq*.

V.

That on or about June 18, 2019, the Plaintiff was informed by her supervisor to pack her belongings and to go home. That she was being placed on paid leave. On or about June 20, 2019, the same supervisor informed the Plaintiff that she was being removed from her client account, and that the Defendant did not have any other work for her. Therefore, she was terminated from her employment. After further conversations, the Plaintiff would aver that she learned that she was terminated due to her missing too much time from work . That said absences were approved absences under FMLA.

VI.

That the Plaintiff would allege that under the terms above, that the Defendant violated the FMLA, and fired her due to absences approved under same. That the Defendant should be held in violation of FMLA and that the Plaintiff should be awarded certain damages set forth herein below.

VII.

That due to the unlawful violations of the Defendant under the FMLA, the Plaintiff requests that she be granted the following relief:

    a.    Lost back pay to be determined at trial

    b.    Lost front pay to be determined at trial

    c.    liquidated damages to be determined at trial

      d.      attorneys fees to be determined at trial.

      e.      Any other relief to which she may be entitled in the premises, including but not limited to reinstatement of employment.

## VIII.

WHEREFORE PREMISES CONSIDERED the Plaintiff requests that upon trial herein that she be granted the relief requested. That the Plaintiff prays for such other relief to which she may be entitled in the premises.

RESPECTFULLY SUBMITTED this the 2nd day of January, 2020.

                                       SABRINA MANNING SMITH

                          By:  *Jennifer Sekul Harris*
                                 JENNIFER SEKUL HARRIS

JENNIFER SEKUL HARRIS, ESQ.
MS BAR NO. 99168
996 N. HALSTEAD ROAD
OCEAN SPRINGS MS 39564
TELEPHONE: (228) 215-3584
FACSIMILE:  (228) 447-3808