# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| SABRINA MANNING SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 20-0002-CG-C |
| | ) | |
| FERGUSON ENTERPRISES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

In accordance with the Court's order entered this date, granting Defendant's motion for summary judgment, it is hereby **ORDERED, ADJUDGED, and DECREED** that judgment is entered in favor of Defendant, **FERGUSON ENTERPRISES, LLC**, and against Plaintiff, **SABRINA MANNING SMITH**, and this case is hereby **DISMISSED WITH PREJUDICE**.

**DONE** and **ORDERED** this 11th day of June, 2021.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE